<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7546**

———————

CRAIG SMITHRICK,

Petitioner - Appellant,

versus

J. E. GUNJA, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-00-2917-WMN)

———————

Submitted:  January 11, 2001      Decided:  January 19, 2001

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Craig Smithrick, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Craig Smithrick appeals the district court's order denying his motion filed under 28 U.S.C. § 2241 (1994). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smithrick v. Gunja, No. CA-00-2917-WMN (D. Md. Oct. 11, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on October 10, 2000, the district court's records show that it was entered on the docket sheet on October 11, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).